UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 11-6518 |
| vs. | : | Hon. Mark Falk |
| Richard F. Davis | : | DETENTION ORDER |

This matter having been presented to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (José R. Almonte, Assistant United States Attorney, appearing), in the presence of Lorraine Gauli-Rufo, Assistant Federal Public Defender, attorney for defendant Richard F. Davis ("Davis") for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Davis without bail pending trial in the above-captioned matter, and the Court having conducted an initial appearance in this matter on March 3, 2011, the Court makes the following findings:

1. On January 21, 2011, the United States Attorney's Office for the District of New Jersey filed a complaint charging defendant Davis with willfully failing to pay past due child support obligation, in violation of Title 18, United States Code, Sections 228(a)(3) and (c)(2).

2. Counsel for defendant has conceded that at this time no bail package is available that will reasonably assure the appearance of defendant as required and the safety of the community.

3. Having considered the factors set forth in Title 18, United States Code, Section 3142(g), the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant Davis as required and the safety of the

community.

IT IS, therefore, on this 10 day of June 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Davis be committed to the custody of the Attorney General or his authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Davis be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Davis shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Davis without bail pending trial is hereby granted, and defendant Davis is hereby ordered detained pending trial in the above-entitled matter.

HONORABLE MARK FALK
United States Magistrate Judge